JS-6

Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
CECIL SHAW

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cecil Shaw,<br><br>    Plaintiff,<br><br>vs.<br><br>KR Equities, Inc.; 6 Dollar Pizza, LLC dba $5 Bucks Pizza; Basem Abdulnour and Farid Asad Haddad dba Lyons Market & Liquor,<br><br>    Defendant. | Case No. CV12-04521 MWF (SPx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION**<br><br><br><br>Complaint Filed: May 24, 2012<br>Trial Date:      None Set |

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS ORDERED that this action be dismissed in its entirety and as to all parties, claims and causes of action with prejudice, with Plaintiff and Defendants to each bear their own costs, attorneys' fees and expenses incurred in this matter and against one another.

**IT IS SO ORDERED.**

Dated: October 11, 2012

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE